UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WEIH STEVE CHANG** and **GORDON GENE SMITH**, *Individually and as Taxpayers, and on behalf of a Class of others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **KATHARINE SULLIVAN** *Office on Violence Against Women, et al*, <br><br> Defendants. | Civil Action No. 19-cv-1241 (TSC) |

## ORDER

For the reasons set forth in this court's August 10, 2020, order, ECF No. 39, and the accompanying Memorandum Opinion, ECF No. 45, the claims against the federal defendants are hereby DISMISSED with prejudice.

All claims asserted against any unnamed defendants are hereby DISMISSED without prejudice.

This is a final appealable order.

Date:  June 29, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge